**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 99-2262

_____

RONALD C. UPSHUR,

Plaintiff - Appellant,

versus

M/I SCHOTTENSTEIN HOMES, INCORPORATED,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.  (CA-
99-2286-CCB)

_____

Submitted:  December 16, 1999      Decided:  December 21, 1999

_____

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Cir-
cuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Ronald C. Upshur, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ronald C. Upshur appeals from the district court's orders denying his application to proceed in forma pauperis and denying his motion for reconsideration and for appointment of counsel. The denial of in forma pauperis status is immediately appealable. However, we find no abuse of discretion in the district court's decision based on Upshur's failure to provide information about his wife's income. See Collier v. Tatum, 722 F.2d 653, 656 (11th Cir. 1983) (denial of in forma pauperis status reviewed for abuse of discretion); Williams v. Field, 394 F.2d 329 (9th Cir. 1965). To the extent that Upshur appeals the denial of his motion for appointment of counsel, the appeal is interlocutory. See Miller v. Simmons, 814 F.2d 962, 967 (4th Cir. 1987). Accordingly, we deny leave to proceed in forma pauperis in this court and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED